B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Curry, Donald Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8843** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1189 10th St**<br>**Des Moines, IA**<br><br>ZIP Code **50314** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Polk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Curry, Donald Lee** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ John M. Miller**                                    **May 16, 2013**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**John M. Miller** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Curry, Donald Lee** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Donald Lee Curry**
_____
Signature of Debtor **Donald Lee Curry**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 16, 2013**
_____
Date

### Signature of Attorney*

X **/s/ John M. Miller**
_____
Signature of Attorney for Debtor(s)

**John M. Miller IS9999255**
_____
Printed Name of Attorney for Debtor(s)

**Miller Law Firm, P.C.**
_____
Firm Name

**974 73rd St.,**
**Suite 15**
**Des Moines, IA 50324**
_____
Address

**515-225-3333  Fax: 515-457-9999**
_____
Telephone Number

**May 16, 2013**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Iowa

In re **Donald Lee Curry**

Debtor(s)

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Donald Lee Curry**
                        **Donald Lee Curry**

Date:   **May 16, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Donald Lee Curry**                                    ,

Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 229,500.00 | | |
| B - Personal Property | Yes | 3 | 16,530.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 702,956.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 85,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 476,870.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,344.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 3,322.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| | Total Assets | | 246,030.00 | | |
| | | Total Liabilities | | 1,264,826.72 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Donald Lee Curry**
_____ ,
                                            Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 85,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 85,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,344.00 |
| Average Expenses (from Schedule J, Line 18) | 3,322.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 475,956.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 57,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 28,000.00 |
| 4. Total from Schedule F | | 476,870.72 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 980,826.72 |

B6A (Official Form 6A) (12/07)

.

In re    **Donald Lee Curry**                                                                    ,    Case No. _____
                                                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Homestead located at 1189 10th St., Des Moines, IA and legally described as: N 106.5 F W 35.5 F LOT 11 & N 106.5 F LOT 12 OP NE FRL 1/4 NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA | Fee Simple Subject to Mortgage. Purchased 2004 | - | 136,000.00 | 237,452.00 |
| **\* \* \* \* \* \* \* \***<br><br>**All properties listed below are titled in LOKI'S PROPERTIES LLC** | | | | |
| RE located at 1165 10th St, Des Moines, IA and legally described as: N 37.5 F W 1/2 LOT 14 OP NE FR 1/4 NW FR 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA | Fee Simple Subject to Mortgage. Purchased 2010 | - | 81,000.00 | 120,000.00 |
| RE located at 1163 10th St. - adjoining lot and legally described as: S 43 F W 1/2 N 80.5 F LT 14 OP NE FRL 1/4 OF NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA | Fee Simple Subject to Mortgage.  Purchased 2010 | - | 1,100.00 | 0.00 |
| RE located at 1131 11th St., Des Moines, IA and legally described as: LT 8 BLK 3 GRASS ROOTS 1, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA | Fee Simple Subject to Mortgage. Purchased 2011 (co-owned with Timothy Donehoo) | - | 10,000.00 | 20,000.00 |
| RE located at 1129 11th St., Des Moines, IA adjoining lot and legally described as: LT 7 BLK 3 GRASS ROOTS 1, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA | Fee Simple Subject to Mortgage. Purchased 2011 (co-owned with Timothy Donehoo) | - | 700.00 | 0.00 |

Sub-Total >     **228,800.00**     (Total of this page)

__1__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6A (Official Form 6A) (12/07) - Cont.

In re    __Donald Lee Curry_____,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **RE located at 1127 11th St., Des Moines, IA adjoining lot and legally described as: LT 6 BLK 3 GRASS ROOTS 1, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA** | **Fee Simple Subject to Mortgage. Purchased 2011 (co-owned with Timothy Donehoo)** | - | **700.00** | **0.00** |

| | | |
|---|---|---|
| Sub-Total > | **700.00** | (Total of this page) |
| Total > | **229,500.00** | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Donald Lee Curry**                                          ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo - checking/savings** | - | **460.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household furnishings** | - | **1,800.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | - | **1,000.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **3,260.00**
(Total of this page)

___**2**___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Donald Lee Curry**                                              ,          Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fibuciary Trust Co of NA** | - | 10,770.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Loki's Garden LLC - Debtor 25% owner assets liquidated by secured creditor debts still exist** | - | 0.00 |
| | | **Loki's Properties LLC - titleholder to real estate listed on Schedule A and mortgaged to creditors listed on Schedule D - mortgages exceed values of real estate.** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Accrued wages including any wages previously garnished or currently being held by any entity** | - | 1,000.00 |
| | | **Tax refunds** | - | 1,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **12,770.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Donald Lee Curry**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Toyota Tacoma extended cab (203,000 miles)** | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 500.00 |
| Total > | 16,530.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Donald Lee Curry**                                             ,    Case No. _____
                                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead located at 1189 10th St., Des Moines, IA and legally described as: N 106.5 F W 35.5 F LOT 11 & N 106.5 F LOT 12 OP NE FRL 1/4 NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA** | **Iowa Code  §§ 561.2, 561.16, 499A.18** | 0.00 | 136,000.00 |
| **\* \* \* \* \* \* \* \*** | | | |
| **All properties listed below are titled in LOKI'S PROPERTIES LLC** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wells Fargo - checking/savings** | **Iowa Code § 627.6(14)** | 460.00 | 460.00 |
| **Household Goods and Furnishings** | | | |
| **Household furnishings** | **Iowa Code § 627.6(5)** | 1,800.00 | 1,800.00 |
| **Wearing Apparel** | | | |
| **Clothing** | **Iowa Code § 627.6(5)** | 1,000.00 | 1,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Accrued wages including any wages previously garnished or currently being held by any entity** | **Iowa Code § 627.6(10); Iowa Code 537.5105 and 15 USC 1673** | 1,000.00 | 1,000.00 |
| **Tax refunds** | **Iowa Code § 627.6 (10) and 627.6 (14)** | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Toyota Tacoma extended cab (203,000 miles)** | **Iowa Code § 627.6(9)** | 500.00 | 500.00 |
| **Other Exemptions** | | | |
| **\*** | **Amounts shown are debtors best estimates of the value of property shown and the value of the exemption.  It is debtors intention to claim as exempt ALL equity or value in every exemption listed to the fullest extent possible.** | 0.00 | 0.00 |
| | Total: | **5,760.00** | **141,760.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re    **Donald Lee Curry**                                 ,      Case No. _____

                                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2010 Mortgage** | | | | | |
| **Creditor #: 1**<br>**Ari Ginsburg**<br>**25 Central Park West Apt. 5x**<br>**New York, NY 10023** | | - | RE located at 1165 10th St, Des Moines, IA and legally described as: N 37.5 F W 1/2 LOT 14 OP NE FR 1/4 NW FR 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA | | | | | |
| | | | Value $          **81,000.00** | | | | **120,000.00** | **39,000.00** |
| Account No. | | | **Purchase Money Security** | | | | | |
| **Creditor #: 2**<br>**Ari Ginsburg**<br>**25 Central Park West Apt. 5x**<br>**New York, NY 10023** | | - | RE located at 1163 10th St. - adjoining lot and legally described as: S 43 F W 1/2 N 80.5 F LT 14 OP NE FRL 1/4 OF NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA | | | | | |
| | | | Value $          **1,100.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Mortgage** | | | | | |
| **Creditor #: 3**<br>**Barbara French**<br>**5800 Brodie Lane #716**<br>**Austin, TX 78745** | | - | RE located at 1131 11th St., Des Moines, IA and legally described as: LT 8 BLK 3 GRASS ROOTS 1, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA | | | | | |
| | | | Value $          **10,000.00** | | | | **20,000.00** | **10,000.00** |
| Account No. | | | **Mortgage** | | | | | |
| **Creditor #: 4**<br>**Barbara French**<br>**5800 Brodie Lane #716**<br>**Austin, TX 78745** | | - | RE located at 1129 11th St., Des Moines, IA adjoining lot and legally described as: LT 7 BLK 3 GRASS ROOTS 1, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA | | | | | |
| | | | Value $          **700.00** | | | | **0.00** | **0.00** |

   **2**   continuation sheets attached

                                       Subtotal            **140,000.00**      **49,000.00**

                                  (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Donald Lee Curry**                                                    ,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Creditor #: 5 <br> Barbara French <br> 5800 Brodie Lane #716 <br> Austin, TX 78745 | | - | **Mortgage** <br> **RE located at 1127 11th St., Des Moines, IA adjoining lot and legally described as: LT 6 BLK 3 GRASS ROOTS 1, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA** | | | | | |
| | | | Value $        **700.00** | | | | 0.00 | 0.00 |
| Account No. xxxxx5008 <br><br> Creditor #: 6 <br> Community State Bank <br> 817 N. Ankeny Blvd <br> Ankeny, IA 50023 | | - | **Second Mortgage and SBA loan** <br> **Homestead located at 1189 10th St., Des Moines, IA and legally described as: N 106.5 F W 35.5 F LOT 11 & N 106.5 F LOT 12 OP NE FRL 1/4 NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines,** | | | | | |
| | | | Value $        **136,000.00** | | | | 86,879.00 | 76,879.00 |
| Account No. xxxxx5001 <br><br> Creditor #: 7 <br> Community State Bank <br> 817 N Ankeny Blvd. <br> Ankeny, IA 50021 | | - | **Business equipment** <br><br> **Loki's Garden LLC - Debtor 25% owner assets liquidated by secured creditor debts still exist** | | | | | |
| | | | Value $        **0.00** | | | | 224,876.00 | 224,876.00 |
| Account No. x0492 <br><br> Creditor #: 8 <br> Community State Bank <br> 817 N Ankeny Blvd. <br> Ankeny, IA 50021 | | - | **Business loan** <br><br> **Loki's Properties LLC - titleholder to real estate listed on Schedule A and mortgaged to creditors listed on Schedule D - mortgages exceed values of real estate.** | | | | | |
| | | | Value $        **0.00** | | | | 65,000.00 | 65,000.00 |
| Account No. <br><br> Creditor #: 9 <br> Community State Bank <br> 817 N Ankeny Blvd. <br> Ankeny, IA 50021 | | - | **Business equipment** <br><br> **Loki's Garden LLC - Debtor 25% owner assets liquidated by secured creditor debts still exist** | | | | | |
| | | | Value $        **0.00** | | | | 35,628.00 | 35,628.00 |

Sheet  **1**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          | 412,383.00 | 402,383.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Donald Lee Curry**                                                ,        Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4916**<br>**Creditor #: 10**<br>**Wells Fargo Home Mortgage**<br>**One Home Campus**<br>**Des Moines, IA 50328** | | - | **2004**<br>**Third Mortgage**<br>**Homestead located at 1189 10th St., Des Moines, IA and legally described as: N 106.5 F W 35.5 F LOT 11 & N 106.5 F LOT 12 OP NE FRL 1/4 NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des** | | | | | |
| | | | Value $                      **136,000.00** | | | | **126,000.00** | **0.00** |
| Account No.<br>**Creditor #: 11**<br>**Wells Fargo Home Mortgage**<br>**One Home Campus**<br>**Des Moines, IA 50328** | | - | **Forth Mortgage and Loki's equipment**<br>**Homestead located at 1189 10th St., Des Moines, IA and legally described as: N 106.5 F W 35.5 F LOT 11 & N 106.5 F LOT 12 OP NE FRL 1/4 NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines,** | | | | | |
| | | | Value $                      **136,000.00** | | | | **24,573.00** | **24,573.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **150,573.00** | **24,573.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **702,956.00** | **475,956.00** |

B6E (Official Form 6E) (4/13)

In re  **Donald Lee Curry**                                                                                                    Case No. _____
_____,
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Donald Lee Curry**                                       ,     Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | 2009 | | | | | | |
| **Creditor #: 1** **Internal Revenue Service** **Insolvency** **210 Walnut Street Stop 5301** **Des Moines, IA 50309-2103** | - | | | **Federal income taxes** | | | | | **28,000.00** | |
| | | | | | | | | **28,000.00** | | **0.00** |
| Account No. | | | | | | | | | | |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | | | | **Representing:** **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | | |
| **U.S. Attorneys Office (IRS)** **110 E. Court Avenue, Ste. 286** **Des Moines, IA 50309-2053** | | | | **Representing:** **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. **xx-xxx5907** | | | | **941 taxes** | | | | | | |
| **Creditor #: 2** **Internal Revenue Service** **Insolvency** **210 Walnut Street Stop 5301** **Des Moines, IA 50309-2103** | - | | | | | | | | **0.00** | |
| | | | | | | | | **40,000.00** | | **40,000.00** |
| Account No. | | | | **State withholding tax** | | | | | | |
| **Creditor #: 3** **Iowa Department of Revenue** **Attn: Bankruptcy Unit** **PO Box 10471** **Des Moines, IA 50306-0471** | - | | | | | | | | **0.00** | |
| | | | | | | | | **0.00** | | **0.00** |

Sheet \_\_1\_\_ of \_\_2\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **28,000.00** | |
| **68,000.00** | **40,000.00** |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Donald Lee Curry**                                                    ,        Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sales tax | | | | | | |
| **Creditor #: 4** **Iowa Department of Revenue** **Attn: Bankruptcy Unit** **PO Box 10471** **Des Moines, IA 50306-0471** | - | | | | | | | 0.00 | |
| | | | | | | | 17,000.00 | | 17,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Sheet  2   of  2   continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | | | 0.00 | |
| | | | 17,000.00 | | 17,000.00 |
| | Total (Report on Summary of Schedules) | | 28,000.00 | | |
| | | | 85,000.00 | | 57,000.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Donald Lee Curry**                                                          Case No. _____
                                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | **Business Debt** | | | | |
| **Creditor #: 1**<br>**Alpha Nursery**<br>**5050 Hazel Garden Rd NE**<br>**Salem, OR 97305** | | - | | | | | | | **Unknown** |
| Account No. | | | | | **Business Debt** | | | | |
| **Creditor #: 2**<br>**Alta Falls & Pond Supply**<br>**2687 W. Wayzat Blvd**<br>**Long Lake, MN 55356** | | - | | | | | | | **Unknown** |
| Account No. | | | | | **Business Debt** | | | | |
| **Creditor #: 3**<br>**Bailey Nurseries**<br>**1325 Bailey Rd**<br>**Saint Paul, MN 55119** | | - | | | | | | | **Unknown** |
| Account No. | | | | | **Business Debt** | | | | |
| **Creditor #: 4**<br>**Ball Horticultural**<br>**75 Remittance Dr., Ste. 1114**<br>**Chicago, IL 60675** | | - | | | | | | | **Unknown** |

___16___ continuation sheets attached

Subtotal
(Total of this page)                                                                **0.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    S/N:26892-130502    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Lee Curry**
                                                                                      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 5** <br> **Beavercreek Nurseries** <br> **6604 Randall Rd** <br> **Poplar Grove, IL 61065** | - | | **Business Debt** | | | | **Unknown** |
| Account No. <br> **Creditor #: 6** <br> **Beisser Inc.** <br> **3705 Beisser Drive** <br> **Grimes, IA 50111** | - | | **Business Debt** | | | | **2,134.62** |
| Account No. **xxxx0001** <br> **Creditor #: 7** <br> **BFG Supply Company** <br> **PO Box 479** <br> **Burton, OH 44021** | - | | **Business Debt** | | | | **30.14** |
| Account No. <br> **Creditor #: 8** <br> **Blue Heron** <br> **PO Box 357** <br> **Independence, OR 97351** | - | | **Business Debt** | | | | **Unknown** |
| Account No. <br> **Creditor #: 9** <br> **Bluebird Nursery** <br> **519 Bryan St.** <br> **Clarkson, NE 68629** | - | | **Business Debt** | | | | **Unknown** |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,164.76**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Lee Curry**
_____,                    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 10**<br>**Bob Lenc Landscaping, Inc.**<br>**5425 Lower Beaver Road**<br>**Des Moines, IA 50310** | - | | **Business Debt** | | | | 2,000.00 |
| Account No. **xxxx xxxx x8109**<br>**Creditor #: 11**<br>**Century Link**<br>**PO Box 91154**<br>**Seattle, WA 98111** | - | | **Business Debt** | | | | 600.00 |
| Account No. **xxxx xxxx xxxx 7655**<br>**Creditor #: 12**<br>**Citicard Citibank**<br>**Processing Center**<br>**Des Moines, IA 50363** | - | | **Credit Card Purchases** | | | | 41,000.00 |
| Account No. **xx4417**<br>**Creditor #: 13**<br>**Commerce Corp**<br>**PO Box 64384**<br>**Baltimore, MD 21264** | - | | **Business Debt** | | | | 4,000.00 |
| Account No.<br>**Creditor #: 14**<br>**Community State Bank**<br>**1640 SW White Birch Cr.**<br>**Ankeny, IA 50023** | X - | | **Third Mortgage** | | | | 222,000.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           269,600.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Lee Curry**                                                                    ,       Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 15 Creek Hill Nursery 17 West Main St. Leola, PA 17540 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 16 Dahls Food 4343 Merle Hay Rd. Des Moines, IA 50310 | - | | | | | | | 2,500.00 |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 17 De Vroomen PO Box 189 Russell, IL 60075 | - | | | | | | | Unknown |
| Account No. **xxx5601** | | | | Business Debt | | | | |
| Creditor #: 18 Des Moines Home & Garden Show Marketplace Events LLC 15235 Minnetonka Blvd. Minnetonka, MN 55345 | - | | | | | | | 4,092.00 |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 19 Dewey Ford 3055 SE Delaware Ave. Ankeny, IA 50021 | - | | | | | | | 15,500.00 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **22,092.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Lee Curry**                                      ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxx1080** | | | | | **Business Debt** | | | | |
| **Creditor #: 20 Dex Media East PO Box 3900 Peoria, IL 61612** | - | | | | | | | | 150.00 |
| Account No. | | | | | **Medical Bill** | | | | |
| **Creditor #: 21 Diagnostic Imaging Associates P.O. Box 14549 Des Moines, IA 50306** | - | | | | | | | | 178.50 |
| Account No. | | | | | | | | | |
| **Gateway EDI One Financial Plaza 501 N. Broadway 3rd Floor Saint Louis, MO 63102** | | | | | **Representing: Diagnostic Imaging Associates** | | | | **Notice Only** |
| Account No. | | | | | **Business Debt** | | | | |
| **Creditor #: 22 DMF Gardens 2511 E. 21st St. Des Moines, IA 50317** | - | | | | | | | | **Unknown** |
| Account No. **xxxxxx3978** | | | | | **Credit Card Purchases** | | | | |
| **Creditor #: 23 Ed Financial Services PO Box 88055 Knoxville, TN 37995** | - | | | | | | | | 21,375.00 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 21,703.50 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald Lee Curry**                                              ,                    Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9068**<br><br>**Creditor #: 24**<br>**Elevon Inc.**<br>**7300 Chapman Hwy**<br>**Knoxville, TN 37920** | - | | Business Debt | | | | 100.00 |
| Account No.<br><br>**Creditor #: 25**<br>**Ford Credit**<br>**P.O. Box 152271**<br>**Irving, TX 75015** | - | | Surrendered vehicle | | | | 38,000.00 |
| Account No. **xxxxxx2466**<br><br>**Creditor #: 26**<br>**G&L Clothing**<br>**1801 Ingersoll Ave**<br>**Des Moines, IA 50309** | - | | Business Debt | | | | 224.78 |
| Account No. **xxxx1001**<br><br>**Creditor #: 27**<br>**Gannett Center for Credit Collection**<br>**651 N. Booneville**<br>**Springfield, MO 65806** | - | | Business Debt | | | | 1,779.16 |
| Account No.<br><br>**Creditor #: 28**<br>**Get Group**<br>**PO Box 166**<br>**Union, IL 60180** | - | | Business Debt | | | | Unknown |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,103.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald Lee Curry**

_____,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Creditor #: 29** **Greenleaf Nursery** **28406 Hwy 82** **Park Hill, OK 74451** | - | | | | | | |
| | | | | | | | **1,500.00** |
| Account No. | | | Business Debt | | | | |
| **Creditor #: 30** **Harvey's Green House** **611 Nile Kinnick Dr. S.** **Adel, IA 50003** | - | | | | | | |
| | | | | | | | **406.00** |
| Account No. **x3399** | | | Business Debt | | | | |
| **Creditor #: 31** **Heartland Coop** **P.O. Box 71399** **Clive, IA 50325** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | Business Debt | | | | |
| **Creditor #: 32** **Hilltop Gardens** **1567 310th St** **Lorimor, IA 50149** | - | | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Business Debt | | | | |
| **Creditor #: 33** **Hoffie Nursery** **PO Box 426** **Union, IL 60180** | - | | | | | | |
| | | | | | | | **Unknown** |

Sheet no. __6__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,906.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald Lee Curry**                                                     ,        Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 3184** | | | Business Debt | | | | |
| **Creditor #: 34**<br>**Home Depot**<br>**PO Box 183175**<br>**Columbus, OH 43218** | - | | | | | | 7,378.56 |
| Account No. | | | Business Debt | | | | |
| **Creditor #: 35**<br>**Homes Murphy and Associates**<br>**3001 Westown Pkwy**<br>**West Des Moines, IA 50266** | - | | | | | | 9,000.00 |
| Account No. **xxxx xxxx xxxx 4704** | | | Business Debt | | | | |
| **Creditor #: 36**<br>**HSBC Business Solutions**<br>**PO Box 5219**<br>**Carol Stream, IL 60197-5219** | - | | | | | | 6,365.11 |
| Account No. | | | Business Debt | | | | |
| **Creditor #: 37**<br>**Iowa Landscape Supply**<br>**4041 E. 16th St**<br>**Des Moines, IA 50313** | - | | | | | | Unknown |
| Account No. | | | Business Debt | | | | |
| **Creditor #: 38**<br>**Iseli Nursery**<br>**30590 SE Kelso Rd**<br>**Boring, OR 97009** | - | | | | | | Unknown |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,743.67

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald Lee Curry**                                              ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 39 Jim's John 1005 SW Boulder Des Moines, IA 50315 | - | | | | | | | 212.00 |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 40 KAT Nurseries LLC 2908 NE 94th Ave Ankeny, IA 50021 | - | | | | | | | 3,600.68 |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 41 Kens Tree Service PO Box 35543 Des Moines, IA 50315 | - | | | | | | | 1,500.00 |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 42 Landscape Lighting Design 105 S. 11th St West Des Moines, IA 50265 | - | | | | | | | 2,000.00 |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 43 Leachman Lumber 1921 Hubbell Ave. Des Moines, IA 50316-3765 | - | | | | | | | Unknown |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,312.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Lee Curry**                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx0070** | | | Business Debt | | | | |
| **Creditor #: 44**<br>**Mediacom**<br>**2205 Ingersoll Avenue**<br>**Des Moines, IA 50312** | - | | | | | | 417.47 |
| Account No. **xxxxxxxxxxx7785** | | | Business Debt | | | | |
| **Creditor #: 45**<br>**Merchant Warehouse**<br>**PO Box 6600**<br>**Hagerstown, MD 21740** | - | | | | | | 1,000.00 |
| Account No. | | | Business Debt | | | | |
| **Creditor #: 46**<br>**Mercy Emergency Physicians**<br>**PO Box 4925**<br>**Des Moines, IA 50305** | - | | | | | | 500.00 |
| Account No. **xxxxx-x7029** | | | Business Debt | | | | |
| **Creditor #: 47**<br>**MidAmerican Energy**<br>**PO Box 8020**<br>**Davenport, IA 52808** | - | | | | | | 700.00 |
| Account No. | | | | | | | |
| **MidAmerican Energy Company**<br>**PO Box 4350 Credit**<br>**Davenport, IA 52808** | | | Representing:<br>**MidAmerican Energy** | | | | **Notice Only** |

Sheet no. __**9**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,617.47**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald Lee Curry**                                              ,        Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Creditor #: 48 Midwest Groundcovers PO Box 748 Saint Charles, IL 60174 | - | | | | | | | | Unknown |
| Account No. | | | | | Business Debt | | | | |
| Creditor #: 49 Miller Nursery 5155 NE 57th Ave. Johnston, IA 50131 | - | | | | | | | | Unknown |
| Account No. **xx2560** | | | | | Business Debt | | | | |
| Creditor #: 50 Millers Hardware 1300 Martin Luther King Jr Pkway Des Moines, IA 50314 | - | | | | | | | | Unknown |
| Account No. | | | | | Business Debt | | | | |
| Creditor #: 51 Monrovia PO Box 1385 Azusa, CA 91702 | - | | | | | | | | Unknown |
| Account No. | | | | | Business Debt | | | | |
| Creditor #: 52 Mulch Mart, LLC PO Box 138 Waukee, IA 50263 | - | | | | | | | | 20,218.85 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,218.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald Lee Curry**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Steven Despotovich Despotovich Law Firm, P.C. Edgewater Bldg 4200 University Ave., Ste. 424 West Des Moines, IA 50266 | | | Representing: Mulch Mart, LLC | | | | Notice Only |
| Account No. xx-xxxxx xxxxx xx2809  Creditor #: 53 NCCI 901 Peninsula Corporate Circle Boca Raton, FL 33487 | | - | Business Debt | | | | 0.00 |
| Account No.  Creditor #: 54 North Creek Nursery 338 North Creek Rd Landenberg, PA 19350 | | - | Business Debt | | | | Unknown |
| Account No.  Creditor #: 55 Northwest natives Christmas Trees 190 Aldrich Rd Mossyrock, WA 98564 | | - | Business Debt | | | | 5,000.00 |
| Account No.  Creditor #: 56 Nursery Stock Market 6244 Old Lagrange Rd, Ste. 18 Crestwood, KY 40014 | | - | Business Debt | | | | Unknown |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald Lee Curry**                                          ,      Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9242** | | | Business Debt | | | | |
| Creditor #: 57<br>Old Dominion Freight Line<br>14933 Collection Center Drive<br>Chicago, IL 60693 | - | | | | | | 7,776.00 |
| Account No. **xx5248** | | | Business Debt | | | | |
| Creditor #: 58<br>Oldcastle Miller<br>4201 Powell Drive<br>Bonner Springs, KS 66012 | - | | | | | | 600.00 |
| Account No. | | | Business Debt | | | | |
| Creditor #: 59<br>Plant Peddler<br>530 2nd Ave SW<br>Cresco, IA 52136 | - | | | | | | Unknown |
| Account No. | | | Business Debt | | | | |
| Creditor #: 60<br>Prince Corp - Rose de Jong<br>161 South First St., Ste. 400<br>Milwaukee, WI 53204 | - | | | | | | 10,000.00 |
| Account No. | | | Business Debt | | | | |
| Creditor #: 61<br>Quick Supply<br>6620 NW Toni Drive<br>Des Moines, IA 50313 | - | | | | | | 2,000.00 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **20,376.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Donald Lee Curry_____ ,      Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Creditor #: 62 Repellex PO Box 396 Niles, MI 49120 | - | | | | | | 500.00 |
| Account No. | | | Business Debt | | | | |
| Creditor #: 63 Russell's Nursery 24766 NE Airport Rd Aurora, OR 97002 | - | | | | | | Unknown |
| Account No. | | | Business Debt | | | | |
| Creditor #: 64 Sargents Garage 510 College Ave Des Moines, IA 50314 | - | | | | | | 800.00 |
| Account No. | | | Business Debt | | | | |
| Creditor #: 65 Signs Now 8445 Hickman Rd Urbandale, IA 50322 | - | | | | | | 114.48 |
| Account No. | | | Business Debt | | | | |
| Creditor #: 66 Stone House Nursery 9319 Lauer Rd Berrien Springs, MI 49103 | - | | | | | | Unknown |

Sheet no. _13_ of _16_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,414.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Lee Curry**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1589** | | | Business Debt | | | | |
| Creditor #: 67 Telogis 20 Enterprise, Ste. 100 Aliso Viejo, CA 92656 | - | | | | | | 160.00 |
| Account No. **xx9871** | | | Business Debt | | | | |
| Creditor #: 68 United Health Care Dept. CH 10151 Palatine, IL 60055-0151 | - | | | | | | 2,404.22 |
| Account No. | | | Business Debt | | | | |
| Creditor #: 69 VIP Greenhouses 2929 Maple Ave. Slayton, MN 56172 | - | | | | | | Unknown |
| Account No. | | | Business Debt | | | | |
| Creditor #: 70 Walters Gardens PO Box 137 Zeeland, MI 49464 | - | | | | | | Unknown |
| Account No. **xx-0802** | | | Business Debt | | | | |
| Creditor #: 71 Warren Water District 1204 East 2nd Ave Indianola, IA 50125 | - | | | | | | 100.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           2,664.22

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald Lee Curry**                                                      , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **xxx xxxxxxx x516 7** | | | | | | **Business Debt** | | | | |
| **Creditor #: 72**<br>**Waste Management**<br>**PO Box 9001054**<br>**Louisville, KY 40290** | - | | | | | | | | | |
| | | | | | | | | | | 273.96 |
| Account No. **xxx xxx2952** | | | | | | **Credit Card Purchases** | | | | |
| **Creditor #: 73**<br>**Wells Fargo**<br>**PO Box 6412**<br>**Carol Stream, IL 60197** | - | | | | | | | | | |
| | | | | | | | | | | 23,500.00 |
| Account No. **xxxx xxxx xxxx 4499** | | | | | | **Credit Card Purchases** | | | | |
| **Creditor #: 74**<br>**Wells Fargo**<br>**PO Box 6412**<br>**Carol Stream, IL 60197-6417** | - | | | | | | | | | |
| | | | | | | | | | | 700.00 |
| Account No. **xxxx xx xxx488 9** | | | | | | **Business Debt** | | | | |
| **Creditor #: 75**<br>**WEX Bank**<br>**PO Box 6293**<br>**Carol Stream, IL 60197** | - | | | | | | | | | |
| | | | | | | | | | | 10,979.19 |
| Account No. | | | | | | **Business Debt** | | | | |
| **Creditor #: 76**<br>**Wheeler's Outdoor Power Equipment**<br>**6575 NE 14th St**<br>**Des Moines, IA 50313** | - | | | | | | | | | |
| | | | | | | | | | | 1,000.00 |

Sheet no. **_15_** of **_16_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,453.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald Lee Curry**                                                      ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Creditor #: 77 Wild Plums 525 Pine St. Clarkson, NE 68629 | - | | | | | | **Unknown** |
| Account No. | | | Business Debt | | | | |
| Creditor #: 78 Wright Outdoor Solutions dba Wright Tree Care 8000 Racoon River Dr. West Des Moines, IA 50266 | - | | | | | | **500.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **500.00** |
| Total (Report on Summary of Schedules) | | **476,870.72** |

B6G (Official Form 6G) (12/07)

.

In re    **Donald Lee Curry**
_____,    Case No. _____
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Donald Lee Curry**_____,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brian Douglas**<br>**1429 9th St**<br>**Des Moines, IA 50314** | **Community State Bank**<br>**1640 SW White Birch Cr.**<br>**Ankeny, IA 50023** |
| **Dan Royer**<br>**1429 9th St**<br>**Des Moines, IA 50314** | **Community State Bank**<br>**1640 SW White Birch Cr.**<br>**Ankeny, IA 50023** |
| **Justin Hancock**<br>**1156 9th St**<br>**Des Moines, IA 50314** | **Community State Bank**<br>**1640 SW White Birch Cr.**<br>**Ankeny, IA 50023** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Donald Lee Curry**                                                                     Case No. _____

                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **5th Room Landscapes** | |
| How long employed | **1 month** | |
| Address of Employer | **Des Moines, IA** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,120.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 3,120.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 776.00 | $ | N/A |
|    b. Insurance | $ | 0.00 | $ | N/A |
|    c. Union dues | $ | 0.00 | $ | N/A |
|    d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 776.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,344.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,344.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 2,344.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Donald Lee Curry** _____     Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,400.00 |
| a. Are real estate taxes included?  Yes **X**  No ___ | | |
| b. Is property insurance included?  Yes **X**  No ___ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 272.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 120.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 125.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 200.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 30.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 80.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Income Tax and Property Taxes** | $ | 350.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 160.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,322.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 2,344.00 |
| b.  Average monthly expenses from Line 18 above | $ | 3,322.00 |
| c.  Monthly net income (a. minus b.) | $ | -978.00 |

**B6J (Official Form 6J) (12/07)**
In re   **Donald Lee Curry**                                             Case No. _____
_____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable** | $ | **60.00** |
| **Internet** | $ | **45.00** |
| **Garbage** | $ | **20.00** |
| **Total Other Utility Expenditures** | $ | **125.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Car Licenses** | $ | **10.00** |
| **Haircuts** | $ | **50.00** |
| **Miscellaneous** | $ | **100.00** |
| **Total Other Expenditures** | $ | **160.00** |

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Attachment A

The expenses shown on Schedule J represent the Debtors statement of exact monthly payments to secured creditors and the Debtors best estimate of family monthly living expenses incurred, on the average, over the past 6 months. Business expenses incurred by a self employed or independent contractor debtor are the average monthly, actual expenses over the past 6 or 12 months whichever provides, in debtors opinion, a more accurate description of current, actual expenses and are itemized in an attachment hereto. Absent an official form promulgated by the U.S. Bankruptcy Court or The Office of the U.S. Trustee, this statement shall constitute Debtors statement of current expenses as required by U.S.C.S 707(b)(2)(C).

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Donald Lee Curry**

                         Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **37**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 16, 2013**

Signature   **/s/ Donald Lee Curry**

                       **Donald Lee Curry**

                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Donald Lee Curry**

_____

Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$553.00** | **2013 YTD: Debtor Loki's Garden** |
| **$38,923.00** | **2012: Debtor Loki's Garden** |
| **$41,600.00** | **2011: Debtor Loki's Garden** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,100.00** | **2013 YTD: Debtor Rental Real Estate** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| **$5,000.00** | **2011: Debtor Rental Real Estate** |

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

### 5. Repossessions, foreclosures and returns

None  ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Community State Bank<br>817 N Ankeny Blvd.<br>Ankeny, IA 50021** | **3/2013** | **forfiture of real estate contract. Sellers of real estate located at 29154 360th St., Van Meter, IA (Loki's Garden LLC) forfeited contract after months of nonpayment.** |

### 6. Assignments and receiverships

None  ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None  ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None  ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Miller Law Firm, P.C.**<br>**974 73rd St.,**<br>**Suite 15**<br>**Des Moines, IA 50324** | **3/13** | **$1694 atty fee**<br>**$306 filing fee** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Loki's Properties LLC** | **12/2012** | **All properties listed on Schedule "A" titled to Locki's Properties LLC were deeded to the LLC by Donald Curry.  Deeds filed in December 2012.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Loki's Garden LLC** | 1-25-013235 | **29154 360th St Van Meter, IA** | **Nursury/Landscaping** | **2010 to present** |
| **Loki's Properties LLC** | 46-0624686 | **1189 10th St Des Moines, IA 50314** | **Rental real estate** | **2010 to present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                      DATES SERVICES RENDERED
**Ying Sa Community CPA Associates**                                  **annual tax returns**
**3816 Ingersoll Ave**
**Des Moines, IA 50312**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

B7 (Official Form 7) (04/13)
7

None ■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■     b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Justin Hancock**<br>**1189 10th St.**<br>**Des Moines, IA 50314** | **Partner/shareholder Loki's Garden LLC** | **25%** |
| **Dan Royer**<br>**1429 9th St.**<br>**Des Moines, IA 50314** | **Partner/shareholder Loki's Garden LLC** | **25%** |
| **Brian Douglas**<br>**1429 9th St**<br>**Des Moines, IA 50314** | **Partner/shareholder Loki's Garden LLC** | **25%** |
| **Donald Curry**<br>**1189 10th St.**<br>**Des Moines, IA 50314** | **Partner/shareholder Loki's Garden LLC** | **25%** |
| **Donald Curry**<br>**1189 10th St**<br>**Des Moines, IA 50314** | **Loki's Properties LLC** | **100%** |

None ■     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
8

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **May 16, 2013**                     Signature     **/s/ Donald Lee Curry**

                                                          **Donald Lee Curry**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Donald Lee Curry**

Debtor(s)

Case No. 

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>Ari Ginsburg | **Describe Property Securing Debt:**<br>RE located at 1165 10th St, Des Moines, IA and legally described as: N 37.5 F W 1/2 LOT 14 OP NE FR 1/4 NW FR 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA |
|---|---|

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain __Debtor will retain collateral and continue to make regular payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>Ari Ginsburg | **Describe Property Securing Debt:**<br>RE located at 1163 10th St. - adjoining lot and legally described as: S 43 F W 1/2 N 80.5 F LT 14 OP NE FRL 1/4 OF NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA |
|---|---|

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain __Debtor will retain collateral and continue to make regular payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                  Page 2

---

**Property No. 3**

| | |
|---|---|
| **Creditor's Name:**<br>**Barbara French** | **Describe Property Securing Debt:**<br>**RE located at 1131 11th St., Des Moines, IA and legally described as: LT 8 BLK 3 GRASS ROOTS 1, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA** |

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __Debtor will retain collateral and continue to make regular payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

---

**Property No. 4**

| | |
|---|---|
| **Creditor's Name:**<br>**Barbara French** | **Describe Property Securing Debt:**<br>**RE located at 1129 11th St., Des Moines, IA adjoining lot and legally described as: LT 7 BLK 3 GRASS ROOTS 1, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, IA** |

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __Debtor will retain collateral and continue to make regular payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                     Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Barbara French** | **Describe Property Securing Debt:**<br>**RE located at 1127 11th St., Des Moines, IA adjoining lot and**<br>**legally described as: LT 6 BLK 3 GRASS ROOTS 1, an Official**<br>**Plat, now included in and forming a part of the City of Des**<br>**Moines, Polk County, IA** |

Property will be (check one):
- ☐ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   __Debtor will retain collateral and continue to make regular payments__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                   ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Community State Bank** | **Describe Property Securing Debt:**<br>**Homestead located at 1189 10th St., Des Moines, IA and**<br>**legally described as: N 106.5 F W 35.5 F LOT 11 & N 106.5 F**<br>**LOT 12 OP NE FRL 1/4 NW FRL 1/4 SEC 4-78-24, an Official**<br>**Plat, now included in and forming a part of the City of Des**<br>**Moines,** |

Property will be (check one):
- ☐ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   __Debtor will retain collateral and continue to make regular payments__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                   ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 4

---

**Property No. 7**

| **Creditor's Name:** **Community State Bank** | **Describe Property Securing Debt:** **Loki's Garden LLC - Debtor 25% owner assets liquidated by secured creditor debts still exist** |
|---|---|

Property will be (check one):

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ☑ Not claimed as exempt

---

**Property No. 8**

| **Creditor's Name:** **Community State Bank** | **Describe Property Securing Debt:** **Loki's Properties LLC - titleholder to real estate listed on Schedule A and mortgaged to creditors listed on Schedule D - mortgages exceed values of real estate.** |
|---|---|

Property will be (check one):

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain **Debtor will retain collateral and continue to make regular payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ☑ Not claimed as exempt

---

**Property No. 9**

| **Creditor's Name:** **Community State Bank** | **Describe Property Securing Debt:** **Loki's Garden LLC - Debtor 25% owner assets liquidated by secured creditor debts still exist** |
|---|---|

Property will be (check one):

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ☑ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                    Page 5

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**Homestead located at 1189 10th St., Des Moines, IA and legally described as: N 106.5 F W 35.5 F LOT 11 & N 106.5 F LOT 12 OP NE FRL 1/4 NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines,** |

Property will be (check one):

☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  __Debtor will retain collateral and continue to make regular payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt               ☐ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**Homestead located at 1189 10th St., Des Moines, IA and legally described as: N 106.5 F W 35.5 F LOT 11 & N 106.5 F LOT 12 OP NE FRL 1/4 NW FRL 1/4 SEC 4-78-24, an Official Plat, now included in and forming a part of the City of Des Moines,** |

Property will be (check one):

☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  __Debtor will retain collateral and continue to make regular payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt               ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **May 16, 2013**                          Signature   **/s/ Donald Lee Curry**

                                                             **Donald Lee Curry**
                                                             Debtor

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Donald Lee Curry** _____   Case No. _____

_____  Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,694.00** |
| Prior to the filing of this statement I have received | $ | **1,694.00** |
| Balance Due | $ | **0.00** |

2.  $ **306.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor      □ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor      □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  [Other provisions as needed] **Preparation of Petition and Schedules based on information provided; representation through general bankruptcy case; exemption planning; preparation and filing of reaffirmation agreements as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service: **Representation of the debtors in any dischargeability actions, relief from stay actions or any other adversary proceedings and Affidavits to clear title to real estate property.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 16, 2013** _____        **/s/ John M. Miller** _____
                                                        **John M. Miller**
                                                        **Miller Law Firm, P.C.**
                                                        **974 73rd St.,**
                                                        **Suite 15**
                                                        **Des Moines, IA 50324**
                                                        **515-225-3333  Fax: 515-457-9999**

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                              Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Southern District of Iowa

In re    **Donald Lee Curry**                                    Case No.
_____                    Chapter    **7**
                              Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Donald Lee Curry** | X **/s/ Donald Lee Curry** | **May 16, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Donald Lee Curry**                                          Case No.
                                        Debtor(s)            Chapter   **7**

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I (we) declare under penalty of perjury that I (we) have read the attached Master Address List (creditor matrix), consisting of __11__ pages, and that it is true and correct to the best of my (our) knowledge, information, and belief.

Date:   **May 16, 2013**                              **/s/ Donald Lee Curry**
                                          **Donald Lee Curry**
                                          Signature of Debtor

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

Alpha Nursery
5050 Hazel Garden Rd NE
Salem, OR 97305

Alta Falls & Pond Supply
2687 W. Wayzat Blvd
Long Lake, MN 55356

Ari Ginsburg
25 Central Park West Apt. 5x
New York, NY 10023

Bailey Nurseries
1325 Bailey Rd
Saint Paul, MN 55119

Ball Horticultural
75 Remittance Dr., Ste. 1114
Chicago, IL 60675

Barbara French
5800 Brodie Lane #716
Austin, TX 78745

Beavercreek Nurseries
6604 Randall Rd
Poplar Grove, IL 61065

Beisser Inc.
3705 Beisser Drive
Grimes, IA 50111

BFG Supply Company
PO Box 479
Burton, OH 44021

Blue Heron
PO Box 357
Independence, OR 97351

Bluebird Nursery
519 Bryan St.
Clarkson, NE 68629

Bob Lenc Landscaping, Inc.
5425 Lower Beaver Road
Des Moines, IA 50310

Brian Douglas
1429 9th St
Des Moines, IA 50314

Century Link
PO Box 91154
Seattle, WA 98111

Citicard Citibank
Processing Center
Des Moines, IA 50363

Commerce Corp
PO Box 64384
Baltimore, MD 21264

Community State Bank
817 N. Ankeny Blvd
Ankeny, IA 50023

Community State Bank
1640 SW White Birch Cr.
Ankeny, IA 50023

Community State Bank
817 N Ankeny Blvd.
Ankeny, IA 50021

Creek Hill Nursery
17 West Main St.
Leola, PA 17540

Dahls Food
4343 Merle Hay Rd.
Des Moines, IA 50310

Dan Royer
1429 9th St
Des Moines, IA 50314

De Vroomen
PO Box 189
Russell, IL 60075

Des Moines Home & Garden Show
Marketplace Events LLC
15235 Minnetonka Blvd.
Minnetonka, MN 55345

Dewey Ford
3055 SE Delaware Ave.
Ankeny, IA 50021

Dex Media East
PO Box 3900
Peoria, IL 61612

Diagnostic Imaging Associates
P.O. Box 14549
Des Moines, IA 50306

DMF Gardens
2511 E. 21st St.
Des Moines, IA 50317

Ed Financial Services
PO Box 88055
Knoxville, TN 37995

Elevon Inc.
7300 Chapman Hwy
Knoxville, TN 37920

Ford Credit
P.O. Box 152271
Irving, TX 75015

G&L Clothing
1801 Ingersoll Ave
Des Moines, IA 50309

Gannett Center for Credit Collection
651 N. Booneville
Springfield, MO 65806

Gateway EDI
One Financial Plaza
501 N. Broadway 3rd Floor
Saint Louis, MO 63102

Get Group
PO Box 166
Union, IL 60180

Greenleaf Nursery
28406 Hwy 82
Park Hill, OK 74451

Harvey's Green House
611 Nile Kinnick Dr. S.
Adel, IA 50003

Heartland Coop
P.O. Box 71399
Clive, IA 50325

Hilltop Gardens
1567 310th St
Lorimor, IA 50149

Hoffie Nursery
PO Box 426
Union, IL 60180

Home Depot
PO Box 183175
Columbus, OH 43218

Homes Murphy and Associates
3001 Westown Pkwy
West Des Moines, IA 50266

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

Internal Revenue Service
Insolvency
210 Walnut Street Stop 5301
Des Moines, IA 50309-2103

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Attn: Bankruptcy Unit
PO Box 10471
Des Moines, IA 50306-0471

Iowa Landscape Supply
4041 E. 16th St
Des Moines, IA 50313

Iseli Nursery
30590 SE Kelso Rd
Boring, OR 97009

Jim's John
1005 SW Boulder
Des Moines, IA 50315

Justin Hancock
1156 9th St
Des Moines, IA 50314

KAT Nurseries LLC
2908 NE 94th Ave
Ankeny, IA 50021

Kens Tree Service
PO Box 35543
Des Moines, IA 50315

Landscape Lighting Design
105 S. 11th St
West Des Moines, IA 50265

Leachman Lumber
1921 Hubbell Ave.
Des Moines, IA 50316-3765

Mediacom
2205 Ingersoll Avenue
Des Moines, IA 50312

Merchant Warehouse
PO Box 6600
Hagerstown, MD 21740

Mercy Emergency Physicians
PO Box 4925
Des Moines, IA 50305

MidAmerican Energy
PO Box 8020
Davenport, IA 52808

MidAmerican Energy Company
PO Box 4350 Credit
Davenport, IA 52808

Midwest Groundcovers
PO Box 748
Saint Charles, IL 60174

Miller Nursery
5155 NE 57th Ave.
Johnston, IA 50131

Millers Hardware
1300 Martin Luther King Jr Pkway
Des Moines, IA 50314

Monrovia
PO Box 1385
Azusa, CA 91702

Mulch Mart, LLC
PO Box 138
Waukee, IA 50263

NCCI
901 Peninsula Corporate Circle
Boca Raton, FL 33487

North Creek Nursery
338 North Creek Rd
Landenberg, PA 19350

Northwest natives Christmas Trees
190 Aldrich Rd
Mossyrock, WA 98564

Nursery Stock Market
6244 Old Lagrange Rd, Ste. 18
Crestwood, KY 40014

Old Dominion Freight Line
14933 Collection Center Drive
Chicago, IL 60693

Oldcastle Miller
4201 Powell Drive
Bonner Springs, KS 66012

Plant Peddler
530 2nd Ave SW
Cresco, IA 52136

Prince Corp - Rose de Jong
161 South First St., Ste. 400
Milwaukee, WI 53204

Quick Supply
6620 NW Toni Drive
Des Moines, IA 50313

Repellex
PO Box 396
Niles, MI 49120

Russell's Nursery
24766 NE Airport Rd
Aurora, OR 97002

Sargents Garage
510 College Ave
Des Moines, IA 50314

Signs Now
8445 Hickman Rd
Urbandale, IA 50322

Steven Despotovich
Despotovich Law Firm, P.C.
Edgewater Bldg
4200 University Ave., Ste. 424
West Des Moines, IA 50266

Stone House Nursery
9319 Lauer Rd
Berrien Springs, MI 49103

Telogis
20 Enterprise, Ste. 100
Aliso Viejo, CA 92656

U.S. Attorneys Office (IRS)
110 E. Court Avenue, Ste. 286
Des Moines, IA 50309-2053

United Health Care
Dept. CH 10151
Palatine, IL 60055-0151

VIP Greenhouses
2929 Maple Ave.
Slayton, MN 56172

Walters Gardens
PO Box 137
Zeeland, MI 49464

Warren Water District
1204 East 2nd Ave
Indianola, IA 50125

Waste Management
PO Box 9001054
Louisville, KY 40290

Wells Fargo
PO Box 6412
Carol Stream, IL 60197

Wells Fargo
PO Box 6412
Carol Stream, IL 60197-6417

Wells Fargo Home Mortgage
One Home Campus
Des Moines, IA 50328

WEX Bank
PO Box 6293
Carol Stream, IL 60197

Wheeler's Outdoor Power Equipment
6575 NE 14th St
Des Moines, IA 50313

Wild Plums
525 Pine St.
Clarkson, NE 68629

Wright Outdoor Solutions
dba Wright Tree Care
8000 Racoon River Dr.
West Des Moines, IA 50266